■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELADIO LANTIGUA, Appellant. [995 NYS2d 680]—

Order, Supreme Court, New York County (Ruth Pickholz, J.), entered July 10, 2012, which denied defendant's CPL 440.10 motion to vacate a judgment, unanimously affirmed.

Defendant's claim under *Padilla v Kentucky* (559 US 356 [2010]) is unavailing, because that decision has no retroactive application to defendant's case (*see People v Baret*, 23 NY3d 777 [2014]). Concur—Friedman, J.P., Renwick, Moskowitz, Richter and Manzanet-Daniels, JJ.